IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COMPANIA SUD AMERICANA DE VAPORES S.A., <br><br> Plaintiff, <br><br> vs. <br><br> SINOCHEM TIANJIN LIMITED f/k/a/ SINOCHEM TIANJIN IMPORT AND EXPORT CORP.,ZHONGHUA TJ CORPORATION; TIANJIN TIANLIAN INTERNATIONAL TRADE COMPANY LIMITED; SINOCHEM SHANGHAI COMPANY; SINOCHEM LIAONING COMPANY <br><br> Defendants. | CIVIL ACTION NO. 5:11 CV 1679 <br><br> **PROOF OF SERVICE** |

The Writ of Attachment and Garnishment for Western Reserve Chemical issued herein was received by me on August 12, 2011.

I served the Writ of Attachment and Garnishment on Ronald F. Anderson, agent for service of process on behalf of Western Reserve Chemical, by personally delivering such Writ to his secretary Betsy, who was authorized by him to receive service, at 4837 Darrow Road, Stow, Ohio, on August 12, 2011, at 4:23 p.m. My fees are $38.85 for travel and $150.00 for services, for a total of $188.85.

I declare under penalty of perjury that this information is true.

Date: 9-8-11

Sylvia Deck, Paralegal
6480 Rockside Woods Blvd., Suite 300
Cleveland, Ohio 44131-2222

f:\users\julie\compania sud americana\proof of service 9-8-11.docx