DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Compania Sud Americana de Vapores, S.A., | ) | |
| | ) | CASE NO. 5:11 CV 1679 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Sinochem Tianjin Limited fka Sinochem | ) | |
| Tianjin Import and Export Corp., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's order, counsel for plaintiff filed a report regarding the status of this case. ECF 7. According to the report, similar actions against defendants are pending in a large number of jurisdictions and the parties are negotiating the consolidation of all of these disputes into a single jurisdiction, New York. Counsel requests ninety (90) days in which to complete consolidation negotiations.

Counsel for plaintiff is directed to file another report regarding the status of this case by March 5, 2012.

IT IS SO ORDERED.

  November 21, 2011           *s/ David D. Dowd, Jr.*
Date                          David D. Dowd, Jr.
                              U.S. District Judge