IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COMPANIA SUD AMERICANA DE VAPORES S.A. | ) ) ) ) ) | CASE NO. 5:11 cv 1679 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SINOCHEM TIANJIN LIMITED F/K/A SINOCHEM TIANJIN IMPORT AND EXPORT CORPORATION; ZHONGHUA TJ CORPORATION; TIANJIN TIANLIAN INTERNATIONAL TRADE COMPANY LIMITED; SINOCHEM SHANGHAI COMPANY; SINOCHEM LIAONING COMPANY. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE AND
APPROVAL TO RELEASE ATTACHED FUNDS**

The undersigned attorneys for Plaintiff, no answer or motion having been filed on behalf of any other party, do hereby give notice that, the foregoing action having been settled, the same may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, the funds held by Western Reserve Chemical Inc. pursuant to that certain Order of Attachment and Garnishment issued on August 12, 2001, may be released and the attachment may be vacated.  The Court may enter an order accordingly.

Respectfully submitted,

RAY, ROBINSON, CARLE & DAVIES P.L.L.

By     /s/ Julia R. Brouhard
Julia R. Brouhard (Ohio # 0041811)
jbrouhard@rayrob.com
Corporate Plaza II, Suite 300
6480 Rockside Woods Blvd. S.
Cleveland, Ohio 44131-2222
Phone: (216) 236-2400 Fax: (216) 236-2409

2

                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of January 2012 a true and complete copy of the foregoing was filed electronically.  Service on all the parties of record will be made through the Court's Electronic Filing System.  The parties may access this filing through the Court's Electronic Filing System.  I hereby further certify that a true and complete copy of the foregoing was served on Western Reserve Chemical Inc. via facsimile to 330-650-2255.

                                  s/ Julia R. Brouhard  
                                  Attorney for Plaintiff