IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COMPANIA SUD AMERICANA DE VAPORES S.A. | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO. 5:11 cv 1679 |
| v. | ) ) ) | |
| SINOCHEM TIANJIN LIMITED F/K/A SINOCHEM TIANJIN IMPORT AND EXPORT CORPORATION; ZHONGHUA TJ CORPORATION; TIANJIN TIANLIAN INTERNATIONAL TRADE COMPANY LIMITED; SINOCHEM SHANGHAI COMPANY; SINOCHEM LIAONING COMPANY. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court, having considered the Notice of Dismissal and Approval to Release Attached Funds filed by Plaintiff, and finding such to be well taken, it is hereby

ORDERED that the funds held by Western Reserve Chemical Company are hereby released from attachment and the attachment is vacated; and it is further

ORDERED that this case is dismissed with prejudice.

_____          _____
DATED                                                                          U. S. DISTRICT JUDGE