IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

January 30, 2012
IT IS SO ORDERED.
s/David D. Dowd, Jr.
U.S. District Judge

| | |
|---|---|
| COMPANIA SUD AMERICANA DE VAPORES S.A.<br><br>Plaintiff,<br><br>v.<br><br>SINOCHEM TIANJIN LIMITED F/K/A SINOCHEM TIANJIN IMPORT AND EXPORT CORPORATION; ZHONGHUA TJ CORPORATION; TIANJIN TIANLIAN INTERNATIONAL TRADE COMPANY LIMITED; SINOCHEM SHANGHAI COMPANY; SINOCHEM LIAONING COMPANY.<br><br>Defendants. | CASE NO. 5:11 cv 1679 |

**NOTICE OF DISMISSAL WITH PREJUDICE AND
APPROVAL TO RELEASE ATTACHED FUNDS**

The undersigned attorneys for Plaintiff, no answer or motion having been filed on behalf of any other party, do hereby give notice that, the foregoing action having been settled, the same may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, the funds held by Western Reserve Chemical Inc. pursuant to that certain Order of Attachment and Garnishment issued on August 12, 2001, may be released and the attachment may be vacated.  The Court may enter an order accordingly.

Respectfully submitted,

RAY, ROBINSON, CARLE & DAVIES P.L.L.

By       /s/ Julia R. Brouhard
Julia R. Brouhard (Ohio # 0041811)
jbrouhard@rayrob.com
Corporate Plaza II, Suite 300
6480 Rockside Woods Blvd. S.
Cleveland, Ohio 44131-2222
Phone: (216) 236-2400 Fax: (216) 236-2409